UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SAFIRA HIMDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.  2:09-cv-00418-TLS-APR |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Safira Himden, by counsel, and Defendant Wal-Mart Stores East, L.P., by counsel, stipulate to dismiss any and all claims in this cause of action hereby bringing this suit to conclusion.  The parties stipulate that this dismissal is with prejudice and that each party is to bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| *s/ Robin G. Remley* | *s/ Shannon M. Shaw* |
| Robin G. Remley | Susan M. Zoeller |
| robinremley@comcast.net | susan.zoeller@btlaw.com |
| LAW OFFICES OF ROBIN REMLEY LLC | Shannon M. Shaw |
| 900 Ridge Road | shannon.shaw@btlaw.com |
| Suite T | BARNES & THORNBURG LLP |
| Munster, IN 46231 | 11 South Meridian Street |
| Telephone: 219-756-9600 | Indianapolis, IN 46204 |
| Facsimile: 219-836-1931 | Telephone: 317-236-1313 |
| | Facsimile: 317-231-7433 |
| Attorney for Plaintiff | Attorneys for Defendant |

INDS02 SSHAW 1167997v1